IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JERMAINE HAMPTON,

        Plaintiff,

v.

CAPTAIN JOHN DOE, et al.,

        Defendants.

ORDER

19-cv-153-wmc

---

JERMAINE HAMPTON,

        Plaintiff,

v.

JAMES MUEOCHOW, et al.,

        Defendants.

18-cv-935-wmc

---

*Pro se* plaintiff Jermaine Hampton voluntarily dismissed the two cases captioned above. Now, Hampton requests a refund of the portion of the filing fee he paid already, explaining that he mistakenly filed the lawsuits here, when they should have been filed in the Eastern District of Wisconsin. ('935 Case, dkt. #21; '153 Case, dkt. #20.) Hampton's motions will be granted because he dismissed these cases before the court screened his complaint and he has provided sufficient justification for having his filing fee refunded.

Accordingly, IT IS ORDERED that plaintiff Jermaine Hampton's motions for a refund of the filing fees ('935 Case, dkt. #21; '153 Case, dkt. #20) are GRANTED.

Entered this 17th day of August, 2020.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge